## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ramika Guillory                                    CHAPTER 13

                Debtor(s)

BKY. NO. 26-12991 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Summit Mortgage Corporation and index same on the master mailing list.

                Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
23 Jul 2026, 12:22:05, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322

Document ID: 7363e50bd71f3da691c7bd7cdda111f354fec7e4a033465e94d7f078977085c5