Certificate Number: 15322-PAE-DE-041262382

Bankruptcy Case Number: 26-12991



15322-PAE-DE-041262382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2026, at 10:38 o'clock PM CDT, Ramika Guillory completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 29, 2026                    By:    /s/Arleni Gonzalez

                                         Name:  Arleni Gonzalez

                                         Title:  Certified Credit Counselor