**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  RAMIKA GUILLORY            :

                                         **CHAPTER 13**

           **DEBTORS**        :        **BANKRUPTCY NO. 26-12991**

**ORDER**

And Now, this      day of                , 2026, upon consideration of Debtor's

Motion to Extend Deadline to file required Schedules and Statements, it is hereby

Ordered and  Decreed that the deadline for the Debtor to file required documents is

extended until  August 21, 2026.

                                         BY THE COURT:

**Date: July 29, 2026**

                                      Judge Derek J. Baker