IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
26-12991

DEBTOR(S):
RAMIKA GUILLORY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $1,325.64

CREDITOR'S SIGNATURE:
/s/ David Lamb

CREDITOR CONTACT INFO:
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
8/12/2026