# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RAMIKA GUILLORY<br>DEBTOR | :<br>: | CHAPTER 13<br>BANKRUPTCY NO: 26-12991 |

## CERTIFICATE OF DEBTOR REGARDING NO PAY ADVICES

Debtor, Ramika Guillory, certifies that she is self-employed and therefore does not have any pay advices from any employer within the six month period preceding the filing of the bankruptcy petition.

I, hereby verify that the foregoing statements are true and correct to the best of my knowledge and belief. The undersigned understands that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904, relating to unsworn falsification to authorities

BY:

/s/ Ramika Guillory

RAMIKA GUILLORY
DEBTOR