UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RAMIKA GUILLORY | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | BANKRUPTCY NO: 26-12991 |

NOTICE OF APPLICATION AND RESPONSE DEADLINE

David J. Averett, Esquire, attorney for Debtor, Ramika Guillory has filed an Application for Compensation and Reimbursement of Expenses, in the above captioned case.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before November 19, 2026, you or your attorney must file a response to the Motion. (see Instructions on next page)

3. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

Bankruptcy Clerk's Office,
U.S. Bankruptcy Court
The Robert Nix Building
900 Market Street
Philadelphia, PA 19107

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

David J. Averett, Esquire
7719 Castor Avenue, 2nd Floor
Philadelphia, PA 19152
Tel: (215) 342-5024
Fax: (215) 742-2464
davidaverett7719@gmail.com

Date: October 30, 2026